**01–2019.   State v. Ahart.**
Mahoning App. No. 93CA211. Reported at 94 Ohio St.3d 1452, 762 N.E.2d 370. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents, would allow on Proposition of Law No. I, and would hold this cause for the decision in 01–733 and 01–957, *State v. Parker*, Cuyahoga App. No. 76395.

COOK, J., dissents, would allow on Propositions of Law Nos. I, IV, and V, and would hold this cause for the decision in 01–733 and 01–957.

MOYER, C.J., dissents and would allow on all propositions of law.

**01–2032.   Pengov v. White.**
Lorain App. Nos. 01CA007794 and 01CA007830. Reported at 94 Ohio St.3d 1452, 762 N.E.2d 1452. On motion for reconsideration. Motion denied.

**01–2035.   Calvary Investments, L.L.C. v. Vonderheide.**
Hamilton App. No. C–010359. Reported at 94 Ohio St.3d 1470, 762 N.E.2d 1017. On motion for reconsideration. Motion denied.

**01–2060.   Metzenbaum v. Hedervary.**
Cuyahoga App. Nos. 80064 and 80153. Reported at 94 Ohio St.3d 1453, 762 N.E.2d 370. On motion for reconsideration via an en banc hearing. Motion denied.

*Thursday, March 21, 2002*

## MOTION AND PROCEDURAL RULINGS

**02–392.   State ex rel. Van Landingham v. Lucas Cty. Bd. of Elections.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. On March 12, 2002, respondents filed an answer to the complaint and on March 13, 2002, respondents filed a motion for judgment on the pleadings. Whereas S.Ct.Prac.R. X(5) prescribes that a motion for judgment on the pleadings, if one is filed, shall be filed at the same time an answer is filed,

IT IS ORDERED by the court, *sua sponte*, that the motion for judgment on the pleadings be, and hereby is, stricken as untimely.

It further appears from the records of this court that relator has not filed a merit brief, due no later than March 18, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte*.

*Friday, March 22, 2002*

## MOTION AND PROCEDURAL RULINGS

**01–1795.   State ex rel. Sartini v. Yost.**
Ashtabula App. No. 2000–A–0034. This cause is pending before the court as an appeal from the Court of Appeals for Ashtabula County. Upon consideration of the motion of appellees, Thomas Sartini et al., to strike Sandra O'Brien's reply brief,

IT IS ORDERED by the court that the reference to the affidavit and the affidavit itself are stricken but not the balance of the reply brief.

LUNDBERG STRATTON, J., concurs.

MOYER, C.J., DOUGLAS and RESNICK, JJ., would strike the entire reply brief, including the reference to the affidavit and the affidavit itself.

F.E. SWEENEY, PFEIFER and COOK, JJ., would deny the motion to strike.